FILED
2020 Jun-04 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| BRANDON DEWAYNE FENNELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:18-cv-01551-KOB-HNJ |
| ) | |
| WARDEN B.H. ROMERO, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On May 7, 2020, the magistrate judge entered a report recommending the court summarily dismiss Fennel's § 2241 petition. (Doc. 7). Although the magistrate judge advised the petitioner of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the petition should be summarily dismissed.

The court will enter a separate Final Order.

**DONE** and **ORDERED** this 4th day of June, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE